**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1926**

CLOTILDE C. JIMENEZ,

              Plaintiff - Appellant,

        v.

WELLS FARGO BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.;
SHAPIRO & BROWN, LLP,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:16-cv-00624-CMH-MSN)

Submitted:  January 10, 2017              Decided:  March 9, 2017

Before THACKER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clotilde C. Jimenez, Appellant Pro Se.  Brian Montgomery
Barnwell, Matthew Douglas Patterson, NELSON MULLINS RILEY &
SCARBOROUGH, LLP, Columbia, South Carolina, Nathan Ira Brown,
NELSON MULLINS RILEY & SCARBOROUGH, LLP, Huntington, West
Virginia, Sarah Reimers McIntee, NELSON MULLINS RILEY &
SCARBOROUGH, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clotilde C. Jimenez appeals the district court's order granting Defendants' motion to dismiss the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jimenez v. Wells Fargo Bank, N.A., No. 1:16-cv-00624-CMH-MSN (E.D. Va. filed July 26, 2016; entered July 27, 2016). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED